UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LISA KAYE GOLDEN<br><br>Debtor.<br><br>LISA KAYE GOLDEN,<br><br>Appellant,<br>v.<br><br>JEFFREY ROGERS; RICHARD KIPPERMAN,<br><br>Appellees. | Case Nos.: 21-CV-917 TWR (NLS), 21-CV-946 TWR (NLS), 21-CV-957 TWR (NLS), 21-CV-984 TWR (NLS), 21-CV-1041 TWR (NLS), 21-CV-1042 TWR (NLS), 21-CV-1052 TWR (NLS)<br><br>Bankruptcy No.: 17-6928-MM7 & Adversary No. 18-90054-MM<br><br>**ORDER DISMISSING ACTIONS FOR FAILURE TO PAY FILING FEE AND FAILURE TO COMPLY WITH THE COURT'S ORDER** |

On June 14, 2021, the Court issued an Order requiring Appellant Lisa Kaye Golden to pay the filing fee in the above-captioned bankruptcy appeals[1] no later than June 28, 2021. (ECF No. 3.) The Court concluded the Order by stating: "*Should Appellant fail timely to pay the filing fee in any of the above-captioned bankruptcy appeals, the Court will dismiss that bankruptcy appeal without prejudice.*" (*Id*. at 2 (emphasis in original).)

---

[1] All references in this Order to the "above-captioned bankruptcy appeals" refer to these cases: Case No. 21-CV-917 TWR (NLS); Case No. 21-CV-946 TWR (NLS); Case No. 21-CV-957 TWR (NLS); Case No. 21-CV-984 TWR (NLS); Case No. 21-CV-1041 TWR (NLS); Case No. 21-CV-1042 TWR (NLS); and Case No. 21-CV-1052 TWR (NLS).

As of the date of this Order, no filing fee has been paid and no other filings have been made in any of the above-captioned bankruptcy appeals. Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** each of the above-captioned bankruptcy appeals for failure to pay the requisite filing fee and for failure to comply with the Court's June 14, 2021 Order. *See* S.D. Cal. Civ. L.R. 83.1(a).

**IT IS SO ORDERED.**

Dated: June 30, 2021

_____
Honorable Todd W. Robinson
United States District Judge